IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

IN RE:

KAREN FOSTER GILLS            CASE NO. 10-32142-DHW
                                        CHAPTER 13
     Debtor.

## MOTION TO MODIFY HOME MORTGAGE

COMES NOW the Creditor, Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2013-2, c/o Carrington Mortgage Services, LLC, ("Creditor") by and through undersigned counsel and moves this Court to allow Debtors to modify their existing mortgage with Creditor.

1. The Creditor holds a mortgage lien on the property located at 139 S Anton Dr, Montgomery Al 36105.

2. The Debtor and Creditor have negotiated a loan modification regarding this mortgage.

WHEREFORE, Creditor requests that this Honorable Court allow the modification of the home mortgage.

Respectfully submitted,

/s/ Kent D. McPhail
Kent D. McPhail
Attorney for Creditor
Dumas & McPhail, LLC
P O Box 870
Mobile AL 36601
(251) 438-2333

# CERTIFICATE OF SERVICE

I, Kent D. McPhail, do hereby certify that I have this the 17th day of OCTOBER, 2013, served a copy of the above foregoing pleading to the following parties by the service method indicated:

U.S. MAIL, FIRST CLASS POSTAGE PREPAID
KAREN FOSTER GILLS
139 S ANTON DR
MONTGOMERY AL 36105


ECF FILING NOTIFICATION
PAUL D. ESCO
ATTORNEY FOR DEBTOR
547 S. LAWRENCE ST
MONTGOMERY AL 36104
Paul.esco@aol.com

ECF FILING NOTIFICATION
CURTIS C. REDING
TRUSTEE
P O BOX 173
MONTGOMERY AL 36101
Trustees_office@ch13mdal.com


ECF FILING NOTIFICATION
BANKRUPTCY ADMINISTRATOR
ba@almb.uscourts.gov


    /s/ Kent D. McPhail
    Kent D. McPhail