IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

IN RE:

KAREN FOSTER GILLS                  CASE NO. 10-32142-DHW
                                                        CHAPTER 13
    Debtor.

## NOTICE OF FILING

Comes now Creditor, Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2013-2. c/o Carrington Mortgage Services, LLC., and files this its Notice of Filing CMS Trial Period Plan Agreement in support of the Motion to Modify Home Mortgage.

Respectfully submitted,

/s/ Kent D. McPhail
KENT D. MCPHAIL
Attorney for Creditor
Post Office Box 870
126 Government Street
Mobile, AL 36601
(251) 438-2333

## CERTIFICATE OF SERVICE

I, Kent D. McPhail, do hereby certify that I have this the 4th day of NOVEMBER, 2013, served a copy of the above foregoing pleading to the following parties by the service method indicated:

U.S. MAIL, FIRST CLASS POSTAGE PREPAID
KAREN FOSTER GILLS
139 S ANTON DR
MONTGOMERY AL 36105

ECF FILING NOTIFICATION
PAUL D. ESCO
ATTORNEY FOR DEBTOR
547 S. LAWRENCE ST
MONTGOMERY AL 36104
Paul.esco@aol.com

ECF FILING NOTIFICATION
CURTIS C. REDING
TRUSTEE
P O BOX 173
MONTGOMERY AL 36101
Trustees_office@ch13mdal.com

ECF FILING NOTIFICATION
BANKRUPTCY ADMINISTRATOR
ba@almb.uscourts.gov

/s/ Kent D. McPhail
Kent D. McPhail



# CMS Trial Period Plan Agreement

Date: 07/20/13

KAREN F GILLS
139 S ANTON DR
MONTGOMERY    AL 36105-0000

Loan Number:    ;7247

Property Address:
139 S ANTON DR
MONTGOMERY    AL 36105-2114

Dear Mortgagor(s),

**Congratulations!** You are approved to enter into a Trial Period Plan ("TPP") with Carrington Mortgage Services, LLC ("CMS"), current servicer and authorized agent for CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST, SERIES 2013-2 ("Lender"). This is the first step toward qualifying for more affordable mortgage payments. Please read this Agreement so that you understand all of the steps you need to take to modify your mortgage payments

**What you need to do**...
To accept this offer, you must make your first monthly "trial period payment." To qualify for a permanent modification, you must make the following trial period payments in a timely manner:

| Schedule | Trial Amount | Due By |
|---|---|---|
| 1st payment | $1012.00 | 08/01/13 |
| 2nd payment | $1012.00 | 09/01/13 |
| 3rd payment | $1012.00 | 10/01/13 |

You shall submit all payments in the form of funds acceptable to CMS **If your account is currently in foreclosure or otherwise requires CERTIFIED FUNDS** then you must pay the amount due by using any one of the method of payments listed below through Western Union, MoneyGram, or Certified Funds made payable to Carrington Mortgage Services, LLC.

| Carrington Mortgage Services, LLC<br>1610 E. St. Andrew Place, Ste. B150<br>Santa Ana, CA 92705 | Western Union: Quick Collect<br>City Code: CARRINGTONMS<br>State Code: CA | MoneyGram<br>Receive Code: 7998 |
|---|---|---|

After all trial period payments are timely made and you have submitted all the required documents, your mortgage will be permanently modified. (Your existing loan and loan requirements remain in effect and unchanged during the trial period) Please be advised that if each payment is not *received* by CMS in the month in which it is due, this offer will end and your loan will not be modified under the terms described in this offer.

If you have any questions or if you cannot afford the trial period payments shown above but want to keep your property, or if you have decided to leave your property but still want to avoid foreclosure, please call our Home Retention Department at 1.866.874.5860 as we may be able to help you

Sincerely,

Home Retention Department
Carrington Mortgage Services, LLC

LM718    7000057247    Page 1 of 3

Case 10-32142    Doc 64    Filed 11/04/13    Entered 11/04/13 10:46:44    Desc Main
Document    Page 3 of 7



1610 E. St. Andrew Place, Santa Ana, CA 92705
(866) 874-5860

## FREQUENTLY ASKED QUESTIONS
Get the answers you need to some of the most common questions

Q. What else should I know about this offer?

- If you make your new payments timely we will not conduct a foreclosure sale.
- You will not be charged any fees for this trial period plan or a permanent modification.
- If your loan is modified, we will waive all unpaid late charges.
- Your credit score may be adversely affected by accepting a trial period plan or the permanent modification, however CMS will not make inaccurate payment delinquency reports to the credit reporting agencies provided you are making the reduced payments timely during the Trial Period and the loan modification. The impact of the Trial Period and a permanent modification on a credit score depends on the homeowner's entire credit profile. For more information about your credit score, go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.
- You may be required to attend credit counseling.

Q. Why is there a trial period?

The trial period offers you immediate payment relief and gives you time to make sure you can manage the monthly mortgage payment. The trial period is temporary, and your existing loan and loan requirements remain in effect and unchanged during the trial period.

Q. How was my new payment in the trial period determined?

Your trial period payment is an affordable percentage of your total monthly income, which we determined to be **$5276.63** based on the income documentation you provided. If the loan is successfully modified your new payment will be based closely on Trial Period payment. In addition, if your existing payment includes mortgage insurance premiums, this amount will also be added to your payment. If we were able to permanently modify your loan today, we *estimate* your modified interest rate would be 6.625%. Your final modified interest rate *may* be different.

The modified payment should be sufficient to pay the principal and interest as well as property taxes, insurance premiums and other permissible escrow fees based on our recent analysis of these costs. Your modified monthly payment may change if your property taxes and insurance premiums change. If you did not have an escrow account before, the timing of your tax and insurance bills may require that you make a payment to cover any such bills when they come due. This is known as an escrow shortage. Your loan has an escrow shortage of **$1670.12**; this can either be paid in a lump sum when the loan is modified or over the next **60 months** in an amount of **$27.90 per month** in addition to your modified monthly mortgage payment. If you wish to pay the total shortage as a lump sum, please contact us at 1.866.874.5860

Q. When will I know if my loan can be modified permanently and how will the modified loan balance be determined?

Once you make all of your trial period payments on time, we will send you a modification agreement detailing the terms of the modified loan. Any difference between the amount of the trial period payments and your regular mortgage payments will be added to the balance of your loan along with any other past due amounts as permitted by your loan documents. While this will increase the total amount that you owe, it should not significantly change the amount of your modified mortgage payment.

Q. Will my interest rate and principal and interest payment be fixed after my loan is permanently modified?

YES. Once your loan is modified, your interest rate and monthly principal and interest payment will be fixed for the life of your mortgage. Your new monthly payment will include an escrow for property taxes, hazard insurance and other escrowed expenses. If the cost of your homeowners insurance, property tax assessment or other escrowed expenses increases, your monthly payment will increase as well.



1610 E. St. Andrew Place, Santa Ana, CA 92705
(866) 874-5860

**FREQUENTLY ASKED QUESTIONS** — Get the answers you need to some of the most common questions.

Q. What if I have other questions about a Loan Modification that cannot be answered by my mortgage servicer?

Call the Homeowner's HOPE™ Hotline at **1-888-995-HOPE (4673)**. This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish



Q. What if I am aware of fraud, waste, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program?

Please contact SIGTARP at 1.877.SIG.2009 (toll-free), 202.622.4559 (fax) or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and reason for escalation. Mail can be sent to: Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L Street NW, Washington, DC 20220.

Additional Trial Period Plan Information and Legal Notices

We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the trial period plan

- Any pending foreclosure action or proceeding that has been suspended may be resumed if you are notified in writing that you failed to comply with the terms of the trial period plan or do not qualify for a permanent modification.
- You agree that the servicer will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment You also agree that the servicer will not pay your interest on the amounts held in the account If any money is left in this account at the end of the trial period plan, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.
- The servicer's acceptance and posting of your new payment during the trial period will not be deemed a waiver of the acceleration of your loan (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan

If your monthly payment did not include escrows for taxes and insurance, you are now required to do so:

- You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked You agree to establish an escrow account and to pay required escrows into that account

Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:

- You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the trial period plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents
-



## IMPORTANT DISCLOSURES

**Important Bankruptcy Notice:**
If you have received a discharge in bankruptcy and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this is not an attempt to collect a debt, a demand for payment, or an attempt to impose personal liability for the debt, but rather provides informational notice regarding the status of the account. You are not obligated to discuss your home loan with us or to enter into a loan modification or other loan-assistance program. You should consult with your advisor of choice about your legal rights and options. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**SCRA Disclosure:**
**MILITARY PERSONNEL/SERVICEMEMBERS:** If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1-888-267-5474.

**MINI MIRANDA:**
This communication is from a debt collector and is for the purpose of collecting a debt, and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act, and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States or does not owe the debt by other operation of law.

**Credit Reporting:**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Equal Credit Opportunity Act Notice:**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers CMS' compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580

**HUD STATEMENT:**
Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD-approved housing counseling agencies by calling the HUD nationwide toll free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339

**New York:**
New York City Department of Consumer Affairs License Number 1264739

This Collection agency is licensed by the City of Buffalo license numbers: 555177 & 555176

For New York residents: You may file complaints about CMS with the New York State Department of Financial Services. You may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-877-BANK-NYS (1-877-226-5697) or by visiting the Department's website at www.dfs.ny.gov. Carrington Mortgage Services, LLC is registered with the Superintendent of the New York State Department of Financial Services.

**North Carolina:**
Carrington Mortgage Services, LLC is licensed under the North Carolina Agency Permit No. 102107 & 103455 and North Carolina Secure and Fair Enforcement Mortgage Licensing Act. 1610 E. Saint Andrew Place, Suite B-150, Santa Ana, CA 92705.

**Minnesota:**
Carrington Mortgage Services, LLC is licensed by the Minnesota Department of Commerce.

**Tennessee:**
This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance

**Massachusetts:**
NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR

**Texas:**
Notice to Texas Residents: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TEXAS 78705 A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.

**Colorado:**
For Colorado Residents:
13111 E. Briarwood Ave., Suite#340
Centennial, CO 80112
(303) 708-8795