UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                                                          CASE NO. 10-32142-DHW
                                                              CHAPTER 13

KAREN FOSTER GILLS

                                                               JUDGE DWIGHT H. WILLIAMS JR.

            DEBTOR                               **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Curtis C. Reding files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** CHRISTIANA TRUST

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 7 | 2233 | $2,916.32 | $1,283.98 | $1,283.98 |
| Total Amount Paid by Trustee | | | | $1,283.98 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 24th day of March, 2015.

KAREN FOSTER GILLS, 139 SOUTH ANTON DR, MONTGOMERY, AL  36105

ELECTRONIC SERVICE - PAUL D ESCO, ATTORNEY AT LAW, 547 S LAWRENCE ST, MONTGOMERY, AL  36104

CHRISTIANA TRUST, C/O SELENE FINANCE LP, 9990 RICHMOND AVE STE 400S, HOUSTON, TX  70042

ELECTRONIC SERVICE - CHRISTIANA TRUST C/O CARRINGTON MTG SVC, C/O DUMAS AND MCPHAIL LLC, P O BOX 870, MOBILE, AL  36601

ELECTRONIC SERVICE - Bankruptcy Administrator

| | |
|---|---|
| Date:  March 24, 2015 | /s/ Curtis C. Reding |
| | Curtis C. Reding |
| | Chapter 13 Trustee |
| | P. O. Box 173 |
| | Montgomery, AL  36101-0173 |