# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                    Case No. 10–32142
Karen Foster Gills                    Chapter 13

    Debtor

## NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on June 15, 2015 at 09:00 AM

to consider and act upon the following:

*78* – Rule 9007 Motion/Notice/Objection: Motion to Avoid Lien Judicial Lien–John A Buettner DMD filed by Paul D. Esco on behalf of Karen Foster Gills. Responses due by 05/21/2015. (Esco, Paul)

*81* – Response to Motion to Avoid Lien filed by Richard C. Dean Jr. on behalf of John A. Buettner, D.M.D., P.C. (RE: related document(s)78 Rule 9007–1 Motion/Notice/Objection filed by Debtor Karen Foster Gills). (Dean, Richard)

Dated: May 19, 2015

*[signature: Juan–Carlos Guerrero]*

Juan–Carlos Guerrero
Clerk, U.S. Bankruptcy Court